1  LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
   JOSEPH P. GARIN, ESQ. (NV Bar No. 6653)
2  LISA J. ZASTROW, ESQ. (NV Bar No. 9727)
   9900 Covington Cross Drive, Suite 120
3  Las Vegas, Nevada 89144
   (702) 382-1500
4  (702) 382-1512 – fax
   jgarin@lipsonneilson.com
5  lzastrow@lipsonneilson.com

6  *Attorneys for Defendant*
   *Springel & Fink, LLP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MENDOTA INSURANCE COMPANY, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MCCORMICK BARSTOW LLP, a California limited-liability partnership; WADE M. HANSARD, ESQ., an individual; SPRINGEL & FINK LLP, a California limited-liability partnership; and MICHAEL R. MERRITT, ESQ., an individual<br><br>Defendants. | CASE NO.: 2:17-cv-02505-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

Plaintiff MENDOTA INSURANCE COMPANY ("Plaintiff"), Defendant SPRINGEL & FINK, LLP ("Springel"), and Defendant MCCORMICK BARSTOW, LLP by and through their respective counsel, hereby agree as follows:

IT IS HEREBY STIPULATED, that the deadline for Defendants to file a Response to Plaintiff's Complaint [ECF No. 1], which Plaintiff filed on September 26, 2017, shall be extended up to and including February 8, 2018.

The response by Defendant Springel was due on December 27, 2017 and the new deadline will be February 8, 2018. The response by Defendant McCormick Barstow was due on January 8, 2018, and the new deadline will be February 8, 2018.

- 1 -

1    Other Defendants have been served in this matter, yet not all Defendants have obtained counsel or otherwise appeared.

The Plaintiff is desirous to provide a global extension of time to respond to the complaint to each Defendant, thus Springel, McCormick Barstow and the Plaintiff agree that the extension to respond to the Complaint includes each named Defendant in this action that has been served.

This is the First stipulation for extension of time to file a response.

Good cause exists for the extension. Many of the Defendants and counsel for the Defendants were out of the office during the holidays, necessitating the extension. Additionally, given there are multiple Defendants involved, the parties jointly believe that additional time is necessary to finalize and coordinate responses. Thus, the parties are requesting additional time without incurring unnecessary litigation fees and costs.

The parties have entered into this agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the nature of the claims involved.

| DATED this 2nd day of January, 2018. | DATED this 2nd day of January, 2018. |
|---|---|
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | KOLESAR & LEATHAM |
| /s/ Lisa J. Zastrow | /s/ William D. Schuller |
| Joseph P. Garin, Esq. (Bar No. 6653)<br>Lisa J. Zastrow, Esq. (Bar No. 9727)<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant*<br>*Springel & Fink, LLP* | Alan J. Lefebvre, Esq. (Bar No. 848)<br>William D. Schuller, Esq. (Bar No. 11271)<br>400 S. Rampart Blvd., Suite 400<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff*<br>*Mendota Insurance Company* |

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

DATED this 2nd day of January, 2018.

ALVERSON, TAYLOR
MORTENSEN & SANDERS

*/s/ Karie N. Wilson*
_____
Karie N. Wilson, Esq. (Bar No. 7957)
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, Nevada 89149
*Attorneys for Defendant*
*McCormick Barstow, LLP*

**ORDER TO EXTEND DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT**

IT IS SO ORDERED.

DATED this 5th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE