ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: alefebvre@klnevada.com
wschuller@klnevada.com

Attorneys for Plaintiff,
MENDOTA INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MENDOTA INSURANCE COMPANY, a Minnesota corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MCCORMICK BARSTOW LLP, a California limited-liability partnership; WADE M. HANSARD, ESQ., an individual; SPRINGEL & FINK LLP, a California limited-liability partnership; and MICHAEL R. MERRITT, ESQ., an individual, <br><br> Defendants. | CASE NO. 2:17-cv-02505-MMD-PAL <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41(a)(2) and LR 7-1, it is hereby stipulated by and between Plaintiff, MENDOTA INSURANCE COMPANY ("Mendota"), by and through its counsel of record, Kolesar & Leatham; and Defendants, MCCORMICK BARSTOW LLP; WADE M. HANSARD, ESQ.; SPRINGEL & FINK LLP; and MICHAEL R. MERRITT, ESQ. (collectively, "Defendants" and with Mendota, the "Parties"), by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice, the Parties to bear their own

attorney's fees and costs. The Parties further stipulate that the instant Court shall retain jurisdiction to enforce the settlement agreement reached.

DATED this 18th day of ~~February~~ January, 2019.

| KOLESAR & LEATHAM | ALVERSON TAYLOR MORTENSEN & SANDERS |
|---|---|
| By: /s/ <br> ALAN J. LEFEBVRE, ESQ. <br> Nevada Bar No. 000848 <br> WILLIAM D. SCHULLER, ESQ. <br> Nevada Bar No. 011271 <br> 400 South Rampart Boulevard, Suite 400 <br> Las Vegas, Nevada 89145 <br><br> Attorneys for Plaintiff, <br> MENDOTA INSURANCE COMPANY | By: _____ <br> KARIE N. WILSON, ESQ. <br> Nevada Bar No. 007957 <br> 6605 Grand Montecito Pkwy., Suite 200 <br> Las Vegas, Nevada 89149 <br><br> Attorneys for Defendants, <br> MCCORMICK BARSTOW LLP and <br> WADE M. HANSARD, ESQ. |
| LIPSON NEILSON P.C. | HUTCHISON & STEFFEN, PLLC |
| By: /s/ <br> JOSEPH P. GARIN, ESQ. <br> Nevada Bar No. 006653 <br> LISA J. ZASTROW, ESQ. <br> Nevada Bar No. 009727 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br><br> Attorneys for Defendant, <br> SPRINGEL & FINK, LLP | By: /s/ <br> JOSEPH R. GANLEY, ESQ. <br> Nevada Bar No. 005643 <br> MICHAEL K. WALL, ESQ. <br> Nevada Bar No. 002098 <br> Peccole Professional Park <br> 10080 West Alta Drive, Suite 200 <br> Las Vegas, Nevada 89145 <br><br> Attorneys for Defendant, <br> MICHAEL R. MERRITT, ESQ. |

IT IS SO ORDERED.

DATED this ____ day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3005155 (9872-3)                                    Page 2 of 2

attorney's fees and costs. The Parties further stipulate that the instant Court shall retain jurisdiction to enforce the settlement agreement reached.

DATED this 22nd day of ~~February~~ January, 2019.

| KOLESAR & LEATHAM<br><br>By: _____<br>ALAN J. LEFEBVRE, ESQ.<br>Nevada Bar No. 000848<br>WILLIAM D. SCHULLER, ESQ.<br>Nevada Bar No. 011271<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br><br>Attorneys for Plaintiff,<br>MENDOTA INSURANCE COMPANY | ALVERSON TAYLOR ~~MORTENSEN~~ & SANDERS<br><br>1/17/19<br>By: Janya M. Fraser NV Bar #13872 for<br>KARIE N. WILSON, ESQ.<br>Nevada Bar No. 007957<br>6605 Grand Montecito Pkwy., Suite 200<br>Las Vegas, Nevada 89149<br><br>Attorneys for Defendants,<br>MCCORMICK BARSTOW LLP and<br>WADE M. HANSARD, ESQ. |
|---|---|
| LIPSON NEILSON P.C.<br><br>By: _____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 006653<br>LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 009727<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>Attorneys for Defendant,<br>SPRINGEL & FINK, LLP | HUTCHISON & STEFFEN, PLLC<br><br>By: _____<br>JOSEPH R. GANLEY, ESQ.<br>Nevada Bar No. 005643<br>MICHAEL K. WALL, ESQ.<br>Nevada Bar No. 002098<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145<br><br>Attorneys for Defendant,<br>MICHAEL R. MERRITT, ESQ. |

IT IS SO ORDERED.

DATED this 22nd day of January 2019.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

3005155 (9872-3)           Page 2 of 2